

*UNITED STATES DISTRICT COURT*
*for the*
*MIDDLE DISTRICT OF PENNSYLVANIA*
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*Divisional Offices:*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: http://www.pamd.uscourts.gov*

*Harrisburg:   (717) 221-3920*
*Williamsport:  (570) 323-6380*

*MARY E. D'ANDREA*
*Clerk of Court*

**(*Electronically Filed*)**

January 15, 2013

The Honorable William J. Nealon
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:   Report of the Mediator**
    <u>**Ramos v. Holt,**</u> **3: 12-CV-1454 (Nealon, J.)**

Dear Judge Nealon:

The litigants participated in mediation as ordered.  Settlement was achieved, and the parties request that you enter a **90**-day settlement order.

Thank you for this assignment.  I look forward to serving the court in this capacity again if you deem it appropriate.

Sincerely,

<u>**s/ Joseph A. Barrett**</u>
Joseph A. Barrett