IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER RAMOS,<br>　　　Plaintiff | : <br> : <br> : CIVIL NO. 3:12-CV-1454 <br> v.　　　　　　　　　　　　　: <br> : (JUDGE NEALON) <br> WARDEN HOLTS, ET AL.,　　 : (MAGISTRATE JUDGE CARLSON) <br> 　　　Defendants　　　　　　 : |

### ORDER

**NOW**, this 16TH day of JANUARY, 2013, upon receipt of the Report of the Mediator notifying this Court that settlement was reached and that the parties request a 90-day settlement order, (Doc. 15), **IT IS HEREBY ORDERED THAT** the action is **DISMISSED** without prejudice to the right, upon good cause shown, within ninety (90) days, to reinstate the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Nealon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

FILED
SCRANTON
JAN 16 2013
PER _____
　　　DEPUTY CLERK